IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **ERICK SOLE,** : | |
| : | |
| **Plaintiff,** : | **CASE NO:** |
| : | **7:25-cv-76–WLS** |
| v. : | |
| : | |
| **ACE ELECTRIC, INC.,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

Presently before the Court is the Parties' Joint Notice of Settlement and Request to Stay (Doc. 13) ("Motion"). Therein, the Parties notify the Court that they have agreed to settle this case. The Parties are in the process of finalizing the settlement documents and request that they be allowed until February 23, 2026, to either file a joint status report or a notice of dismissal.

For good cause, the Motion (Doc. 13) is **GRANTED**. All pending deadlines, if any, are stayed pending further order of the Court. To ensure the timely and orderly disposition of this case, the Parties are hereby **ORDERED** to file a joint stipulation of dismissal of all claims by **no later than Monday, February 23, 2026**, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed.

Further, as the Parties represent they have settled all claims pending in this case, Defendant's Motion to Dismiss (Doc. 10) is **DENIED, WITHOUT PREJUDICE, as MOOT**.

**SO ORDERED**, this 26th day of January 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**
