## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| ERICK SOLE, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>ACE ELECTRIC, INC.,<br>            Defendants. | Case No. 7:25-cv-00076 |

### STIPULATION TO DISMISS WITHOUT PREJUDICE

The parties, by and through their undersigned counsel, and pursuant to Docket 14 and Fed. R. Civ. P. 41(a)(1)(A), hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: February 17, 2026

/s/ Brittany Resch
Brittany Resch*
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
bresch@straussborrelli.com

Daniel H. Wirth
**ALONSO & WIRTH**
49 Atlanta Street
Marietta, GA 30060
Telephone: (770) 422-1776
dwirth@alonsowirth.com

*Pro Hac Vice*

*Attorneys for Plaintiffs*

Dated: February 17, 2026

/s/ Christopher G. Dean
Christopher G. Dean*
**MCDONALD HOPKINS LLC**
600 Superior Avenue, Suite 2100
Cleveland, Ohio 44114
Tel: (216) 348-5400
cdean@mcdonaldhopkins.com

Gregory T. Talley (696705)
**COLEMAN TALLEY LLP**
109 South Ashley Street
Valdosta, Georgia 31601
Tel: (229) 671-8221
greg.talley@colemantalley.com

*Pro Hac Vice*

*Attorneys for Defendant*

SO ORDERED this 18th day
of February, 2026.

W. Louis Sands, Sr. Judge
United States District Court

## CERTIFICATE OF SERVICE

I, Brittany Resch, hereby certify that on February 17, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 17th day of February, 2026.

STRAUSS BORRELLI PLLC

By: /s/ Brittany Resch
Brittany Resch
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
bresch@straussborrelli.com

2